Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:18-CR-00066 TLN |
| vs. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| AARON PATRICK,<br>ROCKY GORDON | Date: July 12, 2018<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Amanda Beck, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for defendant Patrick, and Daniel Olsen, attorney for defendant Gordon, that the status conference currently set for July 12, 2018 should be continued until August 16, 2018, at 9:30 a.m., and to exclude time between July 12, 2018 and August 16, 2018, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

- 1 -

1. The government has provided significant discovery associated with this case (i.e. approximately 900 pages, plus video, audio and photos), to defense counsel;

2. Counself for defendant Patrick was only recently substituted in as counsel, replacing the Federal Defender, and did not receive Patrick's file from the Federal Defender until 7/5/18. Both counsel require additional time to review discovery, confer with their client, investigate possible defenses, and to discuss possible resolution with the Government.

3. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government joins in the request for the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of July 12, 2018 to August 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 9, 2018            Respectfully submitted,

                              STEVEN B. PLESSER


                              /s/ Steven B. Plesser
                              STEVEN B. PLESSER
                              Attorney for Defendant, Aaron Patrick

Dated: July 9, 2018            DANIEL OLSEN


                              /s/ Steven B. Plesser for:
                              DAN OLSEN
                              Attorney for Defendant, Rocky GOrdon


Dated: July 9, 2018            McGREGOR SCOTT
                              United States Attorney


                              /s/ Steven B. Plesser for:
                              Amanda Beck
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

# FINDINGS And ORDER

IT IS SO FOUND AND ORDERED this 10th day of July, 2018.

_____

Troy L. Nunley
United States District Judge