Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>AARON PATRICK,<br>ROCKY GORDON | Case No.: 2:18-CR-00066 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date:  August 16, 2018<br>Time:  9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Amanda Beck, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for defendant Patrick, and Daniel Olsen, attorney for defendant Gordon, that the status conference currently set for August 16, 2018 should be continued until September 20, 2018, at 9:30 a.m., and to exclude time between August 16, 2018 and September 20, 2018, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

- 1 -

1. The government has provided significant discovery associated with this case (i.e. more than 1000 pages, plus video, audio and photos), to defense counsel and supplemental discovery as to Mr. Patrick has recently been provided;

2. Both counsel require additional time to review discovery, confer with their client, investigate possible defenses, and to discuss possible resolution with the Government.

3. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government joins in the request for the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of August 16, 2018 to September 20, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 13, 2018                Respectfully submitted,

/s/ Steven B. Plesser
STEVEN B. PLESSER
Attorney for Defendant, Aaron Patrick

Dated: August 13, 2018                /s/ Steven B. Plesser for:
DAN OLSEN
Attorney for Defendant, Rocky Gordon

Dated: August 13, 2018                McGREGOR SCOTT
United States Attorney

/s/ Steven B. Plesser for:
Amanda Beck
Assistant U.S. Attorney
Attorney for Plaintiff

# FINDINGS And ORDER

IT IS SO FOUND AND ORDERED this 14th day of August, 2018.

Troy L. Nunley
United States District Judge

- 3 -