Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>AARON PATRICK | Case No.: 2:18-CR-00066 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date: September 20, 2018<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Amanda Beck, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for defendant Patrick, that the status conference currently set for September 20, 2018 should be continued until October 25, 2018, at 9:340 a.m., and to exclude time between September 20, 2018 and October 25, 2018, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

- 1 -

1. The government has provided significant discovery associated with this case (i.e. more than 1000 pages, plus video, audio and photos);

2. A plea agreement has recently been extended to Mr. Patrick. Mr. Patrick was also recently transferred to custody of Nevada County Jail, making it more difficult for counsel and defendant to spend necessary time together to discuss whether to accept the plea offer. Additionally, defense counsel and his investigator need additional time to perform necessary defense investigation. Counsel thus requires additional time to confer with his client, investigate possible defenses and/or defense mitigation evidence, and to discuss possible resolution with the Government.

3. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government joins in the request for the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of September 20, 2018 to October 25, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because

2

it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 18, 2018                     Respectfully submitted,

/s/ Steven B. Plesser
STEVEN B. PLESSER
Attorney for Defendant, Aaron Patrick

Dated: September 18, 2018              McGREGOR SCOTT
                                       United States Attorney

/s/ Steven B. Plesser for:
Amanda Beck
Assistant U.S. Attorney
Attorney for Plaintiff

## FINDINGS And ORDER

IT IS SO FOUND AND ORDERED this 18th day of September, 2018.

_____
Troy L. Nunley
United States District Judge