MCGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON PATRICK,<br><br>Defendant. | CASE NO. 2:18-CR-0066-TLN<br><br>**JOINT MOTION FOR ORDER REQUIRING PAYMENT OF CURRENCY HELD BY THE UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES INTO THE COURT'S REGISTRY; AND ORDER** |

The United States and defendant Aaron Patrick (the Movants) move for an order based on the following grounds:

1. The indictment in this case charges the defendant with two crimes – one count of theft of a firearm from a licensed dealer (Count One), a violation of 18 U.S.C. § 924(m), and one count of being a felon in possession of a firearm (Count Two), a violation of 18 U.S.C. § 922(g)(1).

2. The Parties have a negotiated resolution of the case as memorialized by their signed plea agreement, dated ~~September~~ October 25, 2018 (the Plea Agreement). Pursuant to the Plea Agreement, the defendant agrees to pay a $200 special assessment immediately prior to sentencing and that the Court can order the payment of restitution for the full loss caused by the defendant's wrongful conduct.

3. The defendant affirms in the factual basis to the Plea Agreement that law enforcement

Joint Motion and Order Concerning
Payment of Seized Currency                                              1

officials seized $956 in currency from him at the time of his February 1, 2018 arrest. The $956 is in the custody of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

4. The Parties agree that the $956 can and should be paid into the court's registry (the Deposit) pending the outcome of defendant's case. If the Court convicts the defendant of any of the charged counts, the Deposit shall, upon sentencing, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case. The defendant will not oppose the application of the Deposit towards the criminal monetary penalties entered against him.

5. Accordingly, the Parties request that the Court sign the proposed order below directing the ATF to pay to the clerk of court the $956 so that it may be deposited into the court's registry pending the Defendant's sentencing in this case, or upon further Court order.

Respectfully submitted,

FOR THE UNITED STATES:

MCGREGOR W. SCOTT
United States Attorney

Dated: ~~September 20, 2018~~
10/25/18

By: /s/ *[signature]*
AMANDA BECK
Assistant United States Attorney

FOR DEFENDANT AARON PATRICK:

Dated: ~~September~~ October 25, 2018

By: /s/ *Aaron Patrick*
AARON PATRICK

APPROVED AS TO FORM AND CONTENT:

Dated: ~~September~~ Oct 25, 2018

By: /s/ *[signature]*
STEVEN PLESSER, ESQ.
Attorney for defendant AARON PATRICK

Joint Motion and Order Concerning
Payment of Seized Currency                    2

# ORDER

The Court, having reviewed the court files and the Parties' joint motion for order requiring payment of currency held by the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) into the court's registry (the Motion), and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. Within twenty (20) days of the filing of this order, the ATF shall deliver to the clerk of court a check or money order in the amount of $956 and made payable to the "Clerk of Court" (the Deposit).

2. The ATF shall mail or deliver the Deposit to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The ATF shall also state the docket number (Case No.: 2:18-CR-0066-TLN) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. The Deposit shall remain in the court's registry pending the defendant's sentencing in this case, or upon further Court order.

IT IS SO ORDERED.

Dated: 10/25/18, 2018

TROY L. NUNLEY
United States District Judge