| | |
|---|---|
| 1 | Steven Plesser, State Bar No. 161615 |
| | ROTHSCHILD, WISHEK & SANDS LLP |
| 2 | 765 University Avenue |
| | Sacramento, CA 95825 |
| 3 | Telephone: (916) 444-9845 |
| | Facsimile: (916) 640-0027 |
| 4 | Email: splesser@rwslaw.com |
| 5 | Attorneys for Defendant |
| | AARON PATRICK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:18-CR-066 TLN |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFYING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT |
| vs. | ) | |
| AARON PATRICK, | ) | |
| Defendant. | ) | Date: January 17, 2019 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Amanda Beck, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for Defendant, that the Judgment and Sentencing hearing set for January 17, 2019 should be continued until April 11, 2019, at 9:30 a.m. The Parties hereby stipulate and request the Schedule for Disclosure of the Pre-Sentence Report and for filing of Objections to the Pre-Sentence report (already disclosed) be modified as follows:

| | |
|---|---|
| Judgment and sentencing date: | 04/11/19 |
| Reply or statement of non-opposition: | 04/04/19 |
| Motion for correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 03/28/19 |

1

Stipulation Regarding Cont'd. J&S and modifying PSR disclosure schedule

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 03/21/19 |
| Counsel's objections to the PreSentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 03/14/19 |
| Proposed Presentence Report Shall be Disclosed to Counsel no later Than: | 02/28/19 |

IT IS SO STIPULATED.

Dated: January 4, 2019            Respectfully submitted,

                                               STEVEN B. PLESSER

                                               /s/ Steven B. Plesser
                                               STEVEN B. PLESSER
                                               Attorney for Defendant, Aaron Patrick

Dated: December 19, 2019            McGREGOR W. SCOTT

                                               /s/ Steven B. Plesser for:
                                               AMANDA BECK
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

## FINDINGS and ORDER

IT IS SO FOUND AND ORDERED this 4th day of January, 2019.

                                               _____
                                             Troy L. Nunley
                                             United States District Judge

Stipulation Regarding Excludable Time Periods Under Speedy Trial Act; Findings and Order